**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>BARBRA ALEXANDER, BETH PINA, MICHAEL E. SWANSON, AND APS FUNDING, INC.,<br><br>　　　　　　　Defendants. | Case No.: 10-CV-04535-LHK<br><br>ORDER REGARDING CASE MANAGEMENT CONFERENCE |

On December 21, 2011, the Court scheduled a Case Management Conference for this Wednesday, April 20, 2011. Although the Court has stayed all discovery in this case, subject to case-by-case exceptions, the Court intends to hold the Case Management Conference as scheduled. The parties need not file a Case Management Statement, but should come prepared to update the Court on the status of the criminal case and the limited civil discovery and to address any issues that have arisen regarding the civil case. In order to ensure that Defendant Alexander receives timely notice of this Order, counsel for Defendant Swanson is instructed to inform her of the Court's order by phone or email as soon as possible.

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04535-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE