**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES EXCHANGE COMISSION,<br><br>     Plaintiff(s),<br>  v.<br><br>BARBARA ALEXANDER, ET AL<br><br>     Defendant(s).<br>_____/ | NO. 5:10-cv-04535-EJD<br><br>**ORDER SETTING DEADLINE TO FILE STIPULATION STAYING CASE** |

This case is was transferred to this Court on April 25, 2011 (See Docket Item No. 34). Pursuant to the April 25 Reassignment Order of this Court, the parties conferred and duly submitted a Joint Case Management Statement (See Docket Item No.37). Based on their joint submission, the Court sets a deadline of **August 31, 2011** to file a Stipulation and Proposed Order staying the case pending the proceedings of the related criminal action, 5:10-cr-00730-JF-1 USA v. Alexander et al.

**IT IS SO ORDERED.**

Dated: August 16, 2011

_____
EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SEC,

        Plaintiff,

  v.

BARBARA ALEXANDER et al,

        Defendant.
                               /

Case Number: CV10-04535 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbra Alexander
21 Alta Mesa Circle
Monterey, CA 93940

Dated: August 16, 2011

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk