Danna Paje, Esq., SB# 206055
Law Offices of Danna Paje
333 West San Carlos St., Ste. 1600
San Jose, CA 95110
408.455.2820

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| U.S. Securities and Exchange Commission, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 10 4535 |
| v. | |
| Barbra Alexander, et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__MICHAEL SWANSON__  ☐ Plaintiff ☑ Defendant ☐ Other _____
*Name of Party*

to substitute __DANNA PAJE, ESQ.__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__333 West San Carlos Street, Suite 1600__
*Street Address*

__San Jose, CA 95110__           __dannapaje@yahoo.com__
*City, State, Zip*                 *E-Mail Address*

__408.455.2820__         __408.993.1335__         __206055__
*Telephone Number*        *Fax Number*             *State Bar Number*

as attorney of record in place and stead of __RANDALL CREECH, Esq.__
                                              *Present Attorney*

**is hereby**  ☑ **GRANTED**      ☐ **DENIED**

Dated __August 18, 2011__           _[signature]_
                                    U. S. District Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY