IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>BARBARA ALEXANDER, et. al.,<br><br>　　　　　Defendant(s). | NO. 5:10-cv-04535 EJD<br><br>**ORDER RELIEVING PARTIES OF OBLIGATION TO FILE STIPULATION STAYING CASE**<br><br>[Docket Item No. 39] |

　　　　On August 16, 2011, this court issued an order requiring the parties to file a stipulation staying this case on or before August 31, 2011. See Docket Item No. 39. However, a review of the docket reveals a stay of this action was previously ordered by Judge Lucy H. Koh on December 22, 2010. See Docket Item No. 25. That order remains in effect and is applicable to all defendants.

　　　　Accordingly, the order requiring the parties to file an additional stipulation staying this case is VACATED and the parties are relieved of any further obligation in that regard at this time.

**IT IS SO ORDERED.**

Dated: September 8, 2011

_____
EDWARD J. DAVILA
United States District Judge

---

1

Case No. 5:10-cv-04535 EJD
ORDER RELIEVING PARTIES OF OBLIGATION TO FILE STIPULATION STAYING CASE (EJDLC1)