IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff(s),<br>   v.<br><br>BARBARA ALEXANDER,<br><br>         Defendant(s). | CASE NO. 5:10-cv-04535 EJD<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

Due to the ongoing criminal proceedings and the corresponding stay of this action (see Docket Item No. 42), the clerk is directed to ADMINISTRATIVELY CLOSE this file.

Within 10 days of a final resolution of the related criminal action at the trial court level (Case No. 5:10-cr-00730 LHK), the parties shall file a notice informing the court of such disposition and requesting that this action be scheduled for a Case Management Conference.

**IT IS SO ORDERED.**

Dated: March 26, 2014

EDWARD J. DAVILA
United States District Judge