IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff(s),<br>   v.<br><br>BARBARA ALEXANDER,<br><br>        Defendant(s).<br>_____/ | CASE NO. 5:10-cv-04535 EJD<br><br>**ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to Case No. 5:10-cr-00730 LHK, a criminal action currently pending before Judge Koh.

**IT IS SO ORDERED.**

Dated:  March 26, 2014

EDWARD J. DAVILA
United States District Judge