1  JINA L. CHOI (N.Y. Bar No. 2699718)
   SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
2    ocallaghans@sec.gov
   ERIC M. BROOKS (Cal. Bar No. 209153)
3    brookse@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2800
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12

13  SECURITIES AND EXCHANGE COMMISSION,          Case No. 10-cv-04535-LHK

14           Plaintiff,

15       vs.

16  BARBRA ALEXANDER, BETH PIÑA, MICHAEL E.      SECURITIES AND EXCHANGE
    SWANSON, AND APS FUNDING, INC.,             COMMISSION'S MOTION TO LIFT
17                                              STAY; MEMORANDUM IN
                                                SUPPORT
18           Defendants.
                                                DATE:  November 6, 2014
19                                              TIME:  1:30 p.m.
                                                JUDGE:     Hon. Lucy H. Koh
20                                              LOCATION:  Courtroom 8

21

22

23

24            NOTICE OF MOTION AND MOTION TO LIFT STAY

25       PLEASE TAKE NOTICE THAT on November 6, 2014 at 1:30 p.m., or as soon thereafter as

26  the matter may be heard, in the courtroom of the Honorable Lucy H. Koh, Courtroom 8, 4th Floor,

27  United States District Court, 280 South 1st Street, San Jose, CA 95113, Plaintiff Securities and

28  Exchange Commission ("Commission") will, and hereby does, move the Court to lift the stay

1   previously ordered in this case pending the resolution of the related criminal case *U.S. v. Alexander et*
2   *al.* (CR10-00730 (LHK).

3         This motion is supported by the simultaneously filed Memorandum, and the proposed Order.

4   **MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY**

5         This is a civil enforcement action by plaintiff Securities and Exchange Commission
6   ("Commission") to enjoin violations of the federal securities laws and recover money taken from
7   defrauded investors.  The Commission filed its complaint in this case on October 7, 2010 (ECF No.
8   1).  As alleged in the Commission's complaint, defendants Barbra Alexander, Beth Piña, Michael E.
9   Swanson and APS Funding, Inc. (together, "Defendants") misappropriated approximately $2.5
10  million of the $7 million they raised from close to 50 investors through the fraudulent sale of interests
11  in two real estate investment funds.

12        The complaint alleges that Defendants' scheme violated the antifraud and registration
13  provisions of the federal securities laws.  In relief, the Commission seeks a Court order that enjoins
14  Defendants from further securities law violations, requires them to disgorge their ill-gotten gains plus
15  prejudgment interest, and imposes civil monetary penalties.  *Id.,* ¶ 5.

16        On October 6, 2010, the U.S. Attorney's Office for the Northern District of California
17  ("USAO") unsealed an indictment against Swanson, Alexander and Piña concerning their fraudulent
18  sales and other conduct relating to the two real estate investment funds.  *U.S. v. Alexander, et al.,* 10-
19  cr-730-LHK.

20        **The Court Stays the Commission's Case.**

21        On December 22, 2010, upon the request of the defendant Michael Swanson, the Court stayed
22  defendants' Answers and all discovery, subject to case-by-case exceptions for discovery from third
23  party investor witnesses where good cause was shown (ECF Nos. 25, 28).  The order provided that
24  any party could ask to have the stay lifted within fifteen days after criminal proceedings were
25  terminated (ECF No. 25, 12: 8-10).  Four months later the case was reassigned to the Honorable
26  Edward J. Davila for all further proceedings (ECF No. 34).

27

28

1   Judge Davila issued an order on March 26, 2014, citing the ongoing criminal proceedings and

2   stay as bases for directing the Clerk of the Court to administratively close this case with the proviso

3   that the parties were to inform the Court of the final resolution of the related criminal case at the trial

4   court level and request that the case be scheduled for a Case Management Conference.  (ECF No. 46)

5   Prior to the resolution of the criminal case, this Court issued an order relating the SEC case to the

6   criminal case.  (ECF No. 48).  Both cases are now once again before this Court.

7   In the stay order issued in December 2010, the Court weighed the defendants' Fifth

8   Amendment privilege against a speedy resolution of the Commission's enforcement action and

9   determined that the criminal proceedings should take precedence (ECF No. 25).  The defendants have

10  therefore been able to mount their defenses without any possible burden of having to defend

11  themselves in the civil case at the same time.  But now the three defendants charged in both civil and

12  criminal cases have either pled guilty (in the case of Beth Piña) or been convicted after a jury trial (in

13  the case of both Swanson and Alexander).  (*U.S. v. Alexander et al.*, 10-cr-00730, ECF Nos. 327, 328

14  and 359).  And all three have been sentenced.  Pina was sentenced to 3 years of probation; Swanson

15  and Alexander were sentenced to prison terms of 37 and 108 months, respectively.  *Id.*

16  Because the criminal case at the trial court level has been resolved, the Commission now

17  seeks to have the stay lifted and its case returned to the active docket.   In light of the convictions and

18  plea by the defendants, the Commission does not expect to engage in extensive pre-trial litigation, but

19  instead to try to resolve the case either through settlement or a motion based on collateral estoppel.

20  Therefore, the Commission respectfully requests that the Court lift the stay and order each of

21  the three defendants to file an Answer to the Commission's complaint.

22  DATED: July 29, 2014                              Respectfully Submitted,

23

24                                                     /s/ *Sheila E. O'Callaghan*
                                                       Sheila E. O'Callaghan
25                                                     Eric M. Brooks
                                                       Attorneys for Plaintiff
26                                                     SECURITIES AND EXCHANGE
                                                       COMMISSION
27

28