**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) BARBRA ALEXANDER, BETH PINA, ) MICHAEL E. SWANSON, AND APS ) FUNDING, INC., ) ) Defendants. ) ) | Case No.: 10-CV-04535-LHK<br><br>CASE MANAGEMENT ORDER |

The Court vacates the November 6, 2014 hearing on Plaintiff's motion to lift the stay in this case. The Court sets a case management conference for November 6, 2014 at 1:30 p.m. The parties are ordered to file a joint case management statement by October 15, 2014, which should include a proposed case schedule. The Court intends to issue a proposed case schedule based on the parties' submission. Should the parties agree to the Court's proposed case schedule, the Court will vacate the case management conference set for November 6, 2014.

**IT IS SO ORDERED.**

Dated: September 25, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04535-LHK
CASE MANAGEMENT ORDER