United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    v.

BARBRA ALEXANDER, BETH PINA,
MICHAEL E. SWANSON, AND APS
FUNDING, INC.,

                Defendants.

Case No.: 10-CV-04535-LHK

CASE MANAGEMENT ORDER

      In light of the parties' joint case management statement, the Court proposes the following case schedule:

DEADLINE TO FILE AN ANSWER: November 25, 2014

FACT DISCOVERY CUTOFF: March 20, 2015

EXPERT DISCOVERY CUTOFF: April 17, 2015

DISPOSITIVE MOTIONS shall be filed by May 1, 2015, and set for hearing no later than June 11, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per party in the entire case.

FINAL PRETRIAL CONFERENCE: July 30, 2015 at 1:30 p.m.

JURY TRIAL: August 24, 2015 at 9 a.m. Trial is expected to last 7 days.

      By November 4, 2014, the parties shall file any objections to the proposed schedule. If the parties file no objections, the Court will continue the November 6, 2014 case management conference to February 11, 2015 at 2 p.m.

**IT IS SO ORDERED.**

Dated: October 31, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04535-LHK
CASE MANAGEMENT ORDER