UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARBRA ALEXANDER, BETH PINA, MICHAEL E. SWANSON, AND APS FUNDING, INC.,<br><br>Defendants. | Case No.: 10-CV-04535-LHK<br><br>CASE MANAGEMENT ORDER |

The November 6, 2014 case management conference is continued to February 11, 2015 at 2 p.m. The parties did not file any objections to the Court's proposed case schedule filed on October 31, 2014. *See* ECF No. 55. The Court therefore sets the following case schedule:

DEADLINE TO FILE AN ANSWER: November 25, 2014

FACT DISCOVERY CUTOFF: March 20, 2015

EXPERT DISCOVERY CUTOFF: April 17, 2015

DISPOSITIVE MOTIONS shall be filed by May 1, 2015, and set for hearing no later than June 11, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per party in the entire case.

FINAL PRETRIAL CONFERENCE: July 30, 2015 at 1:30 p.m.

JURY TRIAL: August 24, 2015 at 9 a.m. Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04535-LHK
CASE MANAGEMENT ORDER